IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP. f/k/a ACI WORLDWIDE INC., a Nebraska corporation, | ) ) ) ) | CASE NO. 8:08CV464 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER OF DISMISSAL |
| NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC., a Delaware corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 27). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 27) is approved, and the relief requested therein is granted;

2. The Complaint and all claims and counterclaims in this action are dismissed with prejudice;

3. The complete record is waived; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 30th day of June, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge